# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 31, 2014

147785 & (30)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

MICHAEL CHARLES WARD,
      Plaintiff-Appellant,

v

CARSON CITY CORRECTIONAL FACILITY
WARDEN, DEPARTMENT OF CORRECTIONS,
and STATE OF MICHIGAN,
      Defendants-Appellees.

SC: 147785
COA: 313557
Montcalm CC: 2012-016317-AH

_____/

      On order of the Court, the application for leave to appeal the August 7, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to stay the decision pending the outcome of *Kenney v Booker*, 494 Mich 852 (2013), is DENIED as moot.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 31, 2014



Clerk

p0127